IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01303-KLM

SCHWAB PRIVATE CLIENT INVESTMENT ADVISORY, INC.,

    Plaintiff,

v.

MATTHEW OBERT,

    Defendant.
_____

**TRO SCHEDULING ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction** [#10][1] filed on May 15, 2014.  A scheduling order should be entered to arrange, schedule, and coordinate the briefing and hearing, if any, necessary to resolve the Motion.  Accordingly,

    IT IS HEREBY **ORDERED** that Defendant shall file a Response to the Motion on or before **May 26, 2014** at **5:00 p.m. (MDT)**.  Defendant's Response shall not exceed **15 pages**, including the cover page, jurisdictional statement, statement of facts, procedural history, argument, authority, closing, signature block, and all other matters, except the certificate of service.

    IT IS FURTHER **ORDERED** that Plaintiff shall file a Reply in further support of the Motion on or before **May 28, 2014** at **2:00 p.m. (MDT)**.  Plaintiff's Reply shall not exceed **10 pages**, including the cover page, jurisdictional statement, statement of facts, procedural history, argument, authority, closing, signature block, and all other matters, except the certificate of service.

    IT IS FURTHER **ORDERED** that a **Motion Hearing** is **SET** on **May 30, 2014**, commencing at **9:30 a.m. (MDT)**, reserving a total of 180 minutes for the hearing, in Courtroom C-204 of the Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  At the hearing, counsel for the parties shall be prepared to proffer the

---

[1] "[#10]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF).

evidence they would present at an evidentiary hearing on the request for a preliminary injunction, as well as present any legal arguments regarding the request for a temporary restraining order.  The Court will separately scheduling a hearing regarding Plaintiff's request for a preliminary injunction, if needed.

      Dated:  May 21, 2014