IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01303-KLM

SCHWAB PRIVATE CLIENT INVESTMENT ADVISORY, INC.,

    Plaintiff,

v.

MATTHEW OBERT,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Joint Motion to Vacate Hearing and Enter Final Consent Order** [#25][1] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#25] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that the Motion Hearing set on May 30, 2014 at 9:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the Final Consent Order [#25-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that, because the Final Consent Order moots Plaintiff's request for a temporary restraining order and a preliminary injunction, Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction [#10] is **DENIED as moot**.

    IT IS FURTHER **ORDERED** that, because the basis for Plaintiff's request for expedited discovery was to gather information related to its request for a preliminary injunction, Plaintiff's Motion for Expedited Discovery and Memorandum of Points and Authorities in Support Thereof [#11] is **DENIED as moot**.

---

[1] "[#25]" is an example of the convention I use to identify the docket number assigned to a specific paper by the Court's case management and electronic case filing system (CM/ECF). I use this convention throughout this Minute Order.

IT IS FURTHER **ORDERED** that on or before **June 13, 2014**, Plaintiff shall file a Status Report on the docket informing the Court whether Plaintiff intends to continue to (1) seek a permanent injunction, *First Am. Compl.* [#9] ¶¶ 38-41, and/or (2) litigate its claims for breach of contract, misappropriation and misuse of trade secrets, breach of the duty of loyalty, breach of fiduciary duty, and unfair competition. *Id.* ¶¶ 42-63.

Dated: May 29, 2014